UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHANA DUONG, et al.,<br><br>   Petitioners,<br><br>  v.<br><br>DAVID JENNINGS, et al.,<br><br>   Respondents. | Case No. 20-cv-02864-VC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

  The petitioners are ordered to show cause why this case should not be dismissed without prejudice given that both petitioners have been ordered released on bail, and neither petitioner has sought relief beyond what they will be given as class members in Zepeda Rivas v. Jennings. A response to the order to show cause is due 14 days from the date of this order.

  **IT IS SO ORDERED.**

Dated: March 23, 2021

_____
VINCE CHHABRIA
United States District Judge